1
2
3
4
5                                          JS - 6
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **CENTRAL DISTRICT OF CALIFORNIA**
10
11  TRUSTMARK INSURANCE COMPANY,  )   Case No. CV 17-7326 FMO (SKx)
                                  )
12                  Plaintiff-in-  )
                    Interpleader,  )
13                                 )   **JUDGMENT**
                    v.             )
14                                 )
    RAFAEL R. BARRAGAN and AZUCENA )
15  B. VALERIO,                    )
                                   )
16                  Defendants.    )
                                   )
17  ─────────────────────────────── )

18        Pursuant to the Court's Order Re: Pending Motion, filed contemporaneously with the filing

19  of this Judgment, IT IS ADJUDGED that:

20        1.  Trustmark shall be awarded its reasonable attorney's fees and costs incurred in this

21  action, in the total amount of $6,143.13 in attorney's fees and $969.25 in costs.  The Clerk shall

22  release this amount to counsel for Trustmark from the interpleaded funds.

23        2.  The Clerk shall release the remaining interpleaded funds, plus any interest, to Azucena

24  B. Valerio, less any statutory or applicable fees or costs.

25        3.  Rafael R. Barragan and  Azucena B. Valerio shall be enjoined from instituting or

26  maintaining any additional action against Trustmark for recovery of the Disputed Funds in any

27  other federal court.

28        4.  The above-captioned case is dismissed with prejudice.

1        5.  Plaintiff shall serve Rafael R. Barragan and Azucena B. Valerio with a copy of this

2  judgment in such a manner as to make it operative in any future proceeding.

3  Dated this 30th day of January, 2018.

<br>

                                                       /s/
                                    Fernando M. Olguin
                            United States District Judge