# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTMARK INSURANCE COMPANY,<br><br>    Plaintiff-in-Interpleader,<br><br>    v.<br><br>RAFAEL R. BARRAGAN and AZUCENA B. VALERIO,<br><br>    Defendants. | Case No. CV 17-7326 FMO (SKx)<br><br>**AMENDED JUDGMENT** |

Pursuant to the Court's Order Re: Pending Motion, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED that:

1. Trustmark shall be awarded its reasonable attorney's fees and costs incurred in this action, in the total amount of $6,143.13 in attorney's fees and $969.25 in costs. The Clerk shall release this amount to counsel for Trustmark from the interpleaded funds.

2. The Clerk shall release the remaining interpleaded funds, plus any interest, to Azucena B. Valerio, less any statutory or applicable fees or costs, in the form of a check made payable to "Law Office of Joseph M. Aliberti Attorney Client Trust Account," for the benefit of Azucena B. Valerio, and mailed to her counsel of record in this action: Attention: Joseph M. Aliberti, Esq., Law Offices Joseph M. Aliberti, 4340 Von Karman Ave, Suite 110, Newport Beach, CA 92660.

3. Rafael R. Barragan and Azucena B. Valerio shall be enjoined from instituting or maintaining any additional action against Trustmark for recovery of the Disputed Funds in any other federal court.

4. The above-captioned case is dismissed with prejudice.

5. Plaintiff shall serve Rafael R. Barragan and Azucena B. Valerio with a copy of this judgment in such a manner as to make it operative in any future proceeding.

Dated this 20th day of February, 2018.

/s/
Fernando M. Olguin
United States District Judge

cc: FISCAL DEPT.